UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES PAUL ALEVRAS,

    Plaintiff,

v.                                                     Case No. 3:18cv542-MCR-CJK

STATE OF FLORIDA; JULIE JONES;
CENTURION, INC.; WALKER
CLEMMONS; S. NEIL; and T DIXON,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

On June 13, 2018, the undersigned entered an order (doc. 11) advising that, upon review of plaintiff's allegations, it appeared service of the complaint upon the defendants was appropriate. The undersigned further advised that plaintiff is not responsible for the costs of service, as he is proceeding *in forma pauperis*, but is responsible for providing the court with service copies of the complaint, upon receipt of which the undersigned would direct the U.S. Marshals Service to serve the defendants. The undersigned allowed plaintiff 30 days in which to submit the service copies and informed plaintiff that failure to do so would result in a recommendation that the case be dismissed for failure to prosecute and/or failure to comply with an

order of the court.

After more than 30 days passed and plaintiff had not submitted service copies, the undersigned entered an order (doc. 13) directing plaintiff to show cause within 14 days why the matter should not be dismissed for failure to prosecute and/or failure to comply with an order of the court. More than 14 days have passed and plaintiff has not responded to the show cause order.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and/or failure to comply with an order of the court.

2. That the Clerk be directed to close the file.

At Pensacola, Florida this 16th day of August, 2018.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon the magistrate judge and all other parties.  A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.**