# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**JAMES PAUL ALEVRAS,**

    **Plaintiff,**

**v.**                                        **CASE NO. 3:18cv542-MCR-CJK**

**STATE OF FLORIDA; JULIE
JONES; CENTURION, INC.;
WALKER CLEMMONS;
S. NEIL; and T DIXON,**

    **Defendants.**

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 16, 2018. ECF No. 14. Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and/or failure to comply with an order of the court.

3. The Clerk shall close the file.

**DONE AND ORDERED** this 21st day of March 2019.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**